**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01214-CV

### ROBERT L. HAMILTON, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND
### UNIVERSITY OF TEXAS AT DALLAS, Appellees

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-14225**

## ORDER

Appellant's unopposed motion to modify the judgment in this case to delete the taxing of costs against appellant is **GRANTED**.

/s/    ELIZABETH LANG-MIERS
JUSTICE